568 January 29, 2025 No. 59

***This is a nonprecedential memorandum opinion
pursuant to ORAP 10.30 and may not be cited
except as provided in ORAP 10.30(1).***

IN THE COURT OF APPEALS OF THE
STATE OF OREGON

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

CODY DEAN HILDEBRANDT,
*Defendant-Appellant.*

Linn County Circuit Court
23CR01191, 23CR36460, 23CR51417;
A184229 (Control), A184225, A184226

Michael B. Wynhausen, Judge.

Submitted December 13, 2024.

Ernest G. Lannet, Chief Defender, Criminal Appellate Section, and Kristin A. Carveth, Deputy Public Defender, Oregon Public Defense Commission, filed the brief for appellant.

Jennifer S. Lloyd, Assistant Attorney General, waived appearance for respondent.

Before Lagesen, Chief Judge, and Egan, Judge.

LAGESEN, C. J.

Affirmed.

**LAGESEN, C. J.**

In this consolidated appeal, defendant challenges a judgment revoking probation in Case No. 23CR01191, a judgment of conviction for unauthorized use of a vehicle (UUV) in Case No. 23CR36460, and a judgment of conviction for two counts of fleeing or attempting to elude a police officer in Case No. 23CR51417. His appointed counsel filed a brief pursuant to ORAP 5.90 and *State v. Balfour*, 311 Or 434, 814 P2d 1069 (1991). The brief does not contain a Section B. *See* ORAP 5.90(1)(b). We affirm.[1]

In Case No. 23CR01191, the trial court found that defendant violated his probation by committing new crimes. The trial court revoked probation and sentenced defendant to 30 months in prison pursuant to ORS 137.717, and 12 months of post-prison supervision. In Case No. 23CR36460, defendant pleaded no contest to one count of UUV, and the trial court sentenced defendant to 10 months in prison consecutive to his sentence in Case No. 23CR01191, for a total term of 40 months in prison. In Case No. 23CR51417, defendant pleaded no contest to two counts of fleeing or attempting to elude a police officer. The trial court imposed a stipulated upward departure sentence of 6 months in prison concurrent to his other sentences.

Having reviewed the record, including the trial court files in the three cases, the transcript of the hearings, and the *Balfour* brief, and taking into account our statutorily circumscribed authority to review, *see* ORS 138.105, we have identified no arguably meritorious issues.

Affirmed.

---

[1] As authorized by ORS 2.570(2)(b), this matter is determined by a two-judge panel. *See, e.g.*, *State v. Yother*, 310 Or App 563, 484 P3d 1098 (2021) (deciding matter submitted through *Balfour* process by two-judge panel); *Ballinger v. Nooth*, 254 Or App 402, 295 P3d 115 (2012), *rev den*, 353 Or 747 (2013) (same).